UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**

JAN 0 2 2020

AT____ O'CLOCK____
John M. Domurad, Clerk - Utica

LEA WOLVEN,

        Plaintiff,

v.

TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

        Defendant.

Docket No. 5:19-cv-00871
(DNH/TWD)

**STIPULATION OF
DISMISSAL**

Plaintiff, LEA WOLVEN, by and through her attorneys of record, BOTTAR LAW, PLLC, and Defendant, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, by and through its attorneys, GERBER CIANO KELLY BRADY, LLP, respectfully stipulate as follows:

IT IS HEREBY STIPULATED AND AGREED amongst the parties, by and through their respective attorneys, that whereas no party hereto is an infant or incompetent, that the within action is dismissed, with prejudice, thirty (30) days after the filing of this Stipulation. Each party bears its own fees and costs.

Dated: Buffalo, New York
      December 30 , 2019

BOTTAR LAW, PLLC

GERBER CIANO KELLY BRADY, LLP

By: S/ Paul G. Lyons
    Paul G. Lyons, Esq.
    1300 AXA Tower II
    120 Madison Street
    Syracuse, New York 13202
    pgl@bottarlaw.com

By: S/ Daniel Gerber
    Daniel Gerber, Esq.
    2400 Main Place Tower
    350 Main Street Buffalo,
    NY 14202
    dgerber@gerberciano.com

SO ORDERED:

DAVID N. HURD
United States District Judge
Dated: 01/02/2020 Utica, NY